**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Ernest C. Adimore-Nweke v. The State of Texas

Appellate case number:    01-20-00012-CR

Trial court case number:  2233595

Trial court:                      County Criminal Court at Law No. 15 of Harris County

and

Appellate case name:       Ernest C. Adimore-Nweke v. The State of Texas

Appellate case number:    01-20-00014-CR

Trial court case number:  2233594

Trial court:                      County Criminal Court at Law No. 15 of Harris County

Appellant, Ernest C. Adimore-Nweke, filed a "supplement to emergency motion for reconsideration of abatement" and a "request for additional trial court record from Harris County Court 179, request for extension of time to file briefs, & request for extension of brief word count."

Today in a separate order, this Court denied appellant's motion to reconsider the abatement. In light of the abatement, appellant's motions for extension of time and for extension of brief word count are **denied as moot**.

On January 16, 2020 and on February 18, 2020, this Court ordered the trial court clerk and court reporter to prepare and file the clerk's record and reporter's record, respectively, pertaining to the determination of appellant's indigency status. Therefore, appellant's motion to obtain trial court records is **denied**.

All other pending motions are **denied.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                                Acting individually


Date:  <u>February 25, 2020</u>